MINUTE ENTRY           8:33 a.m.

UNITED STATES OF AMERICA -v- LUCY QUINATA SANTOS

PRESENT: HON. ALEX R. MUNSON, Chief Judge Presiding
  SANAE SHMULL,  Court Reporter
  K. LYNN LEMIEUX, Courtroom Deputy
  JAMIE BOWERS, Assistant U. S. Attorney
  LOREN A. SUTTON,  Counsel for Defendant
  LUCY QUINATA SANTOS , Defendant

PROCEEDING: SENTENCING

Defendant was present with his court appointed counsel, Attorney Loren Sutton. Government by Jamie Bowers, AUSA.  Also present was U.S. Probation Officer, Margarita Wonenberg.

No objection by the government of the presentence report. Counsel for defendant had no objections.

Court adopted the presentence investigation report and instructed the Clerk to file the report, under seal, and that the report be made available if the judgment is appealed.  The probation officer's recommendation shall also be placed under seal. No objection by the parties.

Government had no objection to the advisory guidelines that the Court intends to be guided; Defense had not objections.  Court adopted the advisory guidelines.

Government recommended a sentence of probation with restitution.  Defense recommended  a sentence of probation.

Court inquired of the defendant if she had begun her restitution payments as ordered by the Commonwealth Court; defendant responded that she had never received notice from the Court to order her to do so.  Court took a recess in order for the Probation Officer to review the information in her files.

Court recessed at 8:50 a.m. and reconvened at 9:36 a.m.

SENTENCE:  Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant LUCY QUINATA SANTOS is hereby sentenced to three years probation. The term probation will commence immediately and will require that the defendant comply with the following conditions:

1.  That the defendant shall not commit another federal, state or local crime;

2.  That the defendant shall not unlawfully possess a controlled substance;

3.   That the defendant shall refrain from any unlawful use of a controlled substance and  submit to one drug test within 15 days of release on probation and at

least two periodic drug test thereafter to determine use of a controlled substance;

4. That the defendant shall refrain form possessing a firearm or other dangerous weapon or have such where she resides;

5. That the defendant shall submit to the collection of a DNA sample from the defendant at the direction of the United States Probation Office;

6. That the defendant shall submit to a mental health evaluation under the direction of the United States Probation Office, and if needed, submit to mental health treatment for the addiction of gambling;

7. That the defendant shall comply with the standard conditions of probation as set forth by the U.S. Sentencing Commission and codified under 18 U.S.C. §3563;

8. That the defendant is prohibited from incurring new credit charges or opening additional lines of credit without prior written approval of the probation officer;

9. That the defendant must provide the probation officer access to any requested financial information; and

10. That the defendant shall perform 300 hours of community service under the direction of the U.S. Probation Office.

Pursuant to U. S. S. G. §5E.1(a)(1) and 18 U.S.C. §3663, the defendant shall make restitution in the amount of $5,700.00, less payments previously made in accordance to Superior Court of the NMI civil case 00-00065E, to the Bank of Saipan, which is due immediately upon sentencing. Payment shall be made to the U.S. District Court of the Northern Mariana Islands, attention: Clerk of Court, for disbursement to the victim at Bank of Saipan, P.O. Box 500690, Saipan, MP 96950. In the event that the defendant cannot make full payment today she must meet with the Probation Office to set up a payment schedule.

It was further ordered that the defendant pay to the United States a special assessment fee of $100 to be paid immediately after sentencing. All fines were waived.

No objection to the sentence by the attorneys. Defendant had previously waived her right to appeal her sentence in this case, however, defendant was advised that if she or her attorney found any other reason in which to appeal she had ten days in which to do so. Further, the defendant was advised of her right to an attorney for appeal.

    Adj. 9:47 a.m.


; [KLL EOD 05/24/2005]