| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT FEDERAL PROBATION SYSTEM **PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE **U.S. Probation Office** Horiguchi Bldg., Rm. 4D P.O. Box 502089 Saipan, MP 96950 Ph) 670-236-2989 Fx) 670-236-2992 |
|---|---|---|

SANTOS, Lucy Q.
USDC Cr. Cs. 05-00002-001
DOB: XX-XX-1951
SSN: XXX-XX-4812

DATE  January 3, 2007

FILED
Clerk
District Court

JAN – 3 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

YOU ARE AUTHORIZED TO TRAVEL TO    Guam

LEAVING    **January 3, 2007**    AND RETURNING    **January 27, 2007**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Attend brother's funeral.**

SPECIAL INSTRUCTIONS:    (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

**1. You shall comply with your probation conditions while away from the District the Northern Mariana Islands.**

**2. You shall report to the U.S. Probation Office within 24 hours upon your return to the District of the Northern Mariana Islands.**

**3. Should an extension of travel period be required, you will make such request to the U.S. Probation Office as soon as possible.**

**4. You shall not deviate from your approved itinerary unless approved by the U.S. Probation Office.**

COPY MAILED TO CHIEF PROBATION OFFICER IN DISTRICT OF DESTINATION:

ADDRESS:
CUSPO Frank Michael Cruz
District of Guam
2nd Floor, U.S. Courthouse, 520 W. Soledad Ave.
Hagatna, Guam 96910
Telephone: (671) 473-9201

Melinda N. Brunson
UNITED STATES PROBATION OFFICER

[X] APPROVED    [ ] DISAPPROVED

Honorable Alex R. Munson
Chief U.S. District Court Judge
District of the Northern Mariana Islands

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                Plaintiff  )<br>                            )<br>      vs.                    )<br>                            )<br>LUCY Q. SANTOS,        )<br>                Defendant  )<br>_____) | CRIMINAL CASE NO. 05-00002-001<br><br>**REQUEST TO TRAVEL** |

       On May 24, 2005, Ms. Lucy Q. Santos was sentenced in the U.S. District Court for the Northern Mariana Islands for the offense of Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. §§ 371 and 1344(1).  Ms. Santos was sentenced to a term of probation of three years with the following conditions: that she not commit another federal, state, or local crime; that she not unlawfully possess a controlled substance; that she refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of sentencing and at least two periodic drug tests thereafter to determine the use of a controlled substance; that she refrain from possessing a firearm, destructive device, or other dangerous weapon or have such weapon at her residence; that she submit to the collection of a DNA sample at the direction of the U.S. Probation Office; that she submit to a mental health evaluation under the direction of the U.S. Probation Office and, if needed, submit to mental health treatment for the addiction of gambling; that she comply with the standard conditions of probation as set forth by the U.S. Sentencing Commission and codified under 18 U.S.C. § 3563; that she not incur any new charges or open additional lines of credit without prior written approval of the probation officer; that she provide the U.S. Probation Office access to any requested financial information; and that she perform 300 hours of community service. Additionally, Ms. Santos was ordered to pay a $100 special assessment fee and $5,700 in restitution to the Bank of Saipan.

       Ms. Santos completed her urinalysis requirement on September 14, 2005, and complied with the DNA collection requirement on August 4, 2005. On October 14, 2005, she was assessed by Dr. Judith Avery of Marianas Psychiatric Services as having a gambling addiction.  It was recommended that she complete four months of individual therapy sessions, which she completed on March 23, 2006. Ms. Santos completed her

Request to Travel
Re:   SANTOS, Lucy Q.
USDC Cr. Cs. No. 05-00002-001
January 3, 2007
Page 2

300 hours of community service on February 4, 2006, and she paid her $100 special assessment fee on February 22, 2005. She makes $200 monthly payments to her restitution, but has been having a difficult time making payments since August 2005 because of medical issues that require the purchase of additional medication. As of this date, her restitution balance is $3,320, plus $431.71 in penalties and interest. Ms. Santos reports to the probation office as required.

On January 3, 2007, Ms. Santos requested permission to travel to Guam for the rosary and funeral of her brother, who passed away on January 2, 2007. She will be traveling with her son and will stay with her sister, Alice Quinata, in Tamuning, Guam. Ms. Santos anticipates her return to Saipan to be no later that January 27, 2007.

This Officer supports Ms. Santos' request for travel and seeks the Court's approval to allow her travel to Guam.

RESPECTFULLY submitted this _3rd_ day of January 2007.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
MELINDA N. BRUNSON
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:   File