FILED
Clerk
District Court

MAY 30 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# DISTRICT COURT OF THE NORTHERN MARIANA ISLANDS

# COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　vs.<br>LUCY Q. SANTOS,<br>　　　　　Defendant. | CRIMINAL CASE NO. 05-00002-001<br><br>APPLICATION AND ORDER FOR<br>RELEASE OF PASSPORT |

  COMES NOW, U.S. Probation Officer Melinda N. Brunson, in the above-captioned case and requests for the release of the passport held by the Court, United States Passport Number 120507872, as her term of probation expired on May 23, 2008.

  Dated this _30th_ day of May, 2008.

_____
MELINDA N. BRUNSON
U.S. Probation Officer

## ORDER

  On the application of U.S. Probation Officer Melinda N. Brunson, the Clerk of Court is hereby ordered to release the passport belonging to the offender.

  Dated this _30th_ day of May, 2008.

_____
ALEX R. MUNSON
Chief Judge
District of the Northern Mariana Islands